IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No. 2:09-cr-00078 |
| Plaintiff, | : | |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| | : | |
| RUDOLPH JOSEPH FOX, JR. | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter comes before the Court on Defendant Rudolph Joseph Fox, Jr.'s Motion for Revocation of Plea. On April 9, 2009, Defendant entered a plea of not guilty. Defendant claims this plea of not guilty was entered in error and by mistake due to insufficient facts with no supporting evidence. Defendant asserts he did not understand the nature and cause of the accusation and detrimentally relied upon the advice of counsel. For the foregoing reasons, Defendant's Motion for Revocation of Plea is **GRANTED**.

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

*Place:* UNITED STATES DISTRICT COURT         **COURTROOM # 1**
219 U.S. Courthouse
85 Marconi Boulevard                                           **June 25, 2009 @ 9:00 A.M.**
Columbus, OH 43215

TYPE OF PROCEEDING: **ARRAIGNMENT ON INDICTMENT**

                                        s/Algenon L. Marbley
                                        **ALGENON L. MARBLEY**
                                        **UNITED STATES DISTRICT JUDGE**

**DATED: June 11, 2009**